AO 106A  (08/18)  Application for a Warrant by Telephone or Other Reliable Electronic Means

FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

# UNITED STATES DISTRICT COURT

for the

District of New Mexico

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>SNAPCHAT ACCOUNTS: "bahe.montano" and<br>"itznot_taylor22" | )<br>)<br>)<br>)<br>)<br>)  Case No.  **24mr2135** |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See attachment A, incorporated by reference.

located in the _____ District of ____New Mexico____ , there is now concealed *(identify the person or describe the property to be seized)*:

See attachment B, incorporated by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2251(a); 2252(a)<br>(2); 2252(a)(4)(B); 2422(b) | Sexual exploitation of children; Distribution/Receipt of Child Pornography;<br>Possession of Child Pornography; Coercion and enticement |

The application is based on these facts:

See attached affidavit, submitted by SA Kaitlin Patton and reviewed by AUSA Mark A. Probasco

☑ Continued on the attached sheet.

☑ Delayed notice of __30__ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

SA Kaitlin Patton
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__Telephonically sworn and electronically signed__ *(specify reliable electronic means)*.

Date:  __11/20/2024__

_____
*Judge's signature*

City and state:  __Farmington, NM__

B. Paul Briones
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH SNAPCHAT ACCOUNTS: "bahe.montano" (**SUBJECT ACCOUNT**) and "itznot_taylor22" (**VICTIM ACCOUNT**) THAT ARE STORED AT PREMISES CONTROLLED BY SNAP, INC. | Case No. _____  **Filed Under Seal** |

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

I, Kaitlin Patton, having been first duly sworn, do hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKROUND**

1.     I make this affidavit in support of an application for a search warrant for information associated with a certain Snapchat account that is stored at premises owned, maintained, controlled, or operated by Snap, Inc. ("Snap"). The information to be searched is associated with user accounts "bahe.montano" (**SUBJECT ACCOUNT**) and "itznot_taylor22" (**VICTIM ACCOUNT**) (more fully described in Attachment A), specific accounts that are stored at the premises controlled by Snap, an electronic service provider and web-based application designer, headquartered at 2772 Donald Douglas Loop North, Santa Monica, California 90405 and the data located therein, there being probable cause to believe that located in the place described in Attachment A are items described in Attachment B, being evidence, fruits, and instrumentalities of violations of Title 18, United States Code, Sections 2251(a) (Sexual exploitation of children), 2252(a)(2) (Distribution/Receipt of Child Pornography), 2252(a)(4)(B) (Possession of Child

1

Pornography), and 2422(b) (Coercion and enticement). This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Snap to disclose to the government records and other information in its possession, pertaining to the subscriber or customer associated with the account.

2.      I have been employed as a Special Agent (SA) with the FBI since October 2019. I was previously employed as an Intelligence Analyst, Staff Operations Specialist, and Operational Support Technician for the FBI, as well as a Forensic Chemist for the Arkansas State Crime Laboratory. I am currently assigned to the Little Rock, Arkansas, FBI Field Office Fayetteville Resident Agency to investigate violent crimes against children. I am currently temporarily assigned to Gallup Resident Agency of the Albuquerque, New Mexico, FBI Field Office.  My duties include conducting criminal investigations involving crimes against children such as human trafficking, child prostitution, and production of child pornography. Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. § 2251 through 2259, the Sexual Exploitation of Children Act (SECA), and I am authorized by the Attorney General to request a search warrant.

3.      Because this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth facts that I believe are necessary to establish probable cause to believe that evidence, fruits, and instrumentalities of violations of Title 18, United States Code, Sections 2251(a) (Sexual exploitation of children), 2252(a)(2) (Distribution/Receipt of Child Pornography), 2252(a)(4)(B) (Possession of Child Pornography), and 2422(b) (Coercion and enticement) are located in the place described in Attachment A.

4.      The information contained within the affidavit is based on my training and experience, as well as information imparted to me by other law enforcement personnel and officers involved in this investigation.

## DEFINITIONS

5.      The following definitions apply to this Affidavit and Attachment B to this Affidavit.

6.      "Child Pornography" includes the definition in 18 U.S.C. § 2256(8) (any visual depiction of sexually explicit conduct where (a) the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct, (b) the visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaged in sexually explicit conduct, or (c) the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct), as well as any visual depiction, the production of which involves the use of a minor engaged in sexually explicit conduct. *See* 18 U.S.C. §§ 2252 and 2256(2), (8).

7.      "Visual depictions" includes prints, copies of visual images, developed and undeveloped film and videotape, and data stored on computer disk or by electronic means, which is capable of conversion into a visual image. *See* 18 U.S.C. § 2256(5).

## PROBABLE CAUSE

8.      On March 14, 2024, a court sitting in this district approved a search warrant for a Samsung Galaxy S7 Edge (Device) based on probable cause that the Device's owner, ATSEE'BAHE MONTANO (YOB 1996), had violated 18 U.S.C. §§ 1153 and 113(a), Assault of an intimate partner by strangling in Indian Country. 24-MR-471. The following information was learned from search and seizure warrant 24-MR-1278 of the contents of that device by your

Affiant, which was an additional warrant to 24-MR-471. Law enforcement extracted the Device at the Regional Computer 8 Forensic Laboratory (RCFL).

9.     On June 20, 2024, during the search of the Device, Supervisory Special Agent (SSA) Rachael Hickox of the FBI was searching the Device at the RCFL pursuant to the terms of the previously-approved search warrant. Pursuant to this previous warrant, SSA Hickox searched all messaging applications as well as all social media and online dating applications on the Device, including the communication application Telegram. While searching the information from Telegram that was local to the Device, SSA Hickox discovered that the Device's owner was a chat participant in groups with the following titles: x "15 rape teen group mom and son"; x "Student Girls Love Sex"; x "TeenPussy"; and x "Who's down for CP [child pornography] dropbox DM. [direct message]"

10.     Based on the previous case agent's training as well as my own, these group chat titles are consistent with child exploitation and the trade of child sexual abuse material—also referred to a child pornography. The titles including terms such as "15" and "CP" and "Teen" indicate that the Telegram group chats were dedicated to the trade of child sexual abuse material. Based on my training and experience, I interpret the final group chat title "Who's down for CP dropbox DM" as an invitation to share Dropbox links containing child pornography through Telegram's direct messaging feature.

11.     At this point in the search, SSA did not observe any child pornography material, and continued the search within the parameters of the initial search warrant. While searching Telegram messages on the DEVICE, SSA Hickox also discovered a video of an unclothed female's body depicted from neck to mid-thigh and a male penis penetrating the female's vagina. According

to SSA Hickox, the female appeared to be a pubescent minor under the age of 18 years old. SSA Hickox noted the female's body appeared small, with no pubic hair, and slightly developed breasts. Besides this video, SSA Hickox also saw four video thumbnails that also appeared to depict child sexual abuse material. SSA Hickox saw these four thumbnails while in gallery view, meaning multiple thumbnails were viewable on the screen at once.

12.    Based on my training and experience, the above video and thumbnails described by SSA Hickox, who also has training and experience in child exploitation matters, depict minors engaged in sexually explicit conduct.

13.    Upon discovering the previously described videos, SSA Hickox halted her search of the Device and alerted the case agent assigned to the underlying assault investigation. A search and seizure application and warrant were submitted to a court sitting in this district, which were subsequently reviewed and a warrant was issued by the Honorable United States Magistrate Judge B. Paul Briones (24-MR-1278) on July 5, 2024. Items to be seized included evidence of 18 U.S.C. 2252(a)(4)(B) and 2252A(a)(5)(B) Possession/Access with Intent to View Child Pornography.

14.    Upon further review of the Device, on September 16, 2024, SA Cordova obtained a copy of Snapchat conversations belonging to an account with the username: "bahe.montano Atssseeeee" (hereinafter "SUBJECT ACCOUNT") from the Device.

15.    Your Affiant reviewed the SUBJECT ACCOUNT and communications made with another Snapchat user "itznot_taylor22 Taylor" (hereinafter "VICTIM ACCOUNT") from April 19, 2023 until February 22, 2024. A partial summary of the conversations between these two accounts with the corresponding account identifiers is provided below:

| *April 19, 2023* | |
|---|---|
| *bahe.montano Atssseeeee:* | |

| | |
|---|---|
| **Lmao jk jk sorry I'm 26** | |
| *conversation continues* | |
| *April 22, 2023* | |
| *bahe.montano Atssseeeee:*<br>**Send me something baby my cock is so hard** | |
| *bahe.montano Atssseeeee:*<br>**You're ok with me being older?** | |
| | *itznot_taylor22 Taylor:*<br>**Yeah I don't mind** |
| *bahe.montano Atssseeeee:*<br>**You're so hot baby** | |
| *bahe.montano Atssseeeee:*<br>**Take your bra off for daddy** | |
| *bahe.montano Atssseeeee:*<br>**Before I slap you and do it myself** | |
| *bahe.montano Atssseeeee:*<br>**God my cute slut is so sexy** | |
| *bahe.montano Atssseeeee:*<br>**More tits pls** | |
| | *itznot_taylor22 Taylor:*<br>**yes master** |
| *bahe.montano Atssseeeee:*<br>**Get on your knees when you speak to me** | |
| *bahe.montano Atssseeeee:*<br>**Move your arm now before I tie them behind your back and throat fuck you** | |
| *bahe.montano Atssseeeee:*<br>**Show daddy your nipples** | |
| | *itznot_taylor22 Taylor:*<br>**So big daddy** |
| *bahe.montano Atssseeeee:*<br>**And I'm going to use it to smack your face with** | |
| *bahe.montano Atssseeeee:*<br>**Show daddy your nipples baby** | |
| *bahe.montano Atssseeeee:*<br>**Then take those shorts off and spread your legs for me** | |
| *bahe.montano Atssseeeee:*<br>**I wanna see that cute unfucked pussy** | |
| | *itznot_taylor22 Taylor:*<br>**but daddy..** |
| *bahe.montano Atssseeeee:*<br>**No buts, unless it's yours and am I fucking** | |

6

| | |
|---|---|
| *bahe.montano Atssseeeee:*<br>**Hurrrry** | |
| | *itznot_taylor22Taylor:*<br>**Okay daddy but just wait okay** |
| *bahe.montano Atssseeeee:*<br>**But I'm jacking off to you rn** | |
| | *itznot_taylor22 Taylor:*<br>**heh really daddy? Your really that horny** |
| *bahe.montano Atssseeeee:*<br>**That's my slutty baby** | |
| *bahe.montano Atssseeeee:*<br>**Yes I am darling and I want your pussy** | |
| *bahe.montano Atssseeeee:*<br>**Why do you cover your nipples** | |
| *conversation continues* | |
| April 22, 2023 | |
| | *Itznot_taylor22 Taylor:*<br>**If we don't meet, I'll send whatever you want me to videos and pictures** |
| *bahe.montano Atssseeeee:*<br>**then let's meet tonight babygirl** | |
| *bahe.montano Atssseeeee:*<br>**I want you** | |
| *bahe.montano Atssseeeee:*<br>**My dick needs your pussy** | |
| *bahe.montano Atssseeeee:*<br>**You want my cum** | |
| | *itznot_taylor22 Taylor:*<br>**But daddy I'm gonna leave pretty soon** |
| | *itznot_taylor22 Taylor:*<br>**ofc I do but we don't have time** |
| | *itznot_taylor22 Taylor:*<br>**I'll send pics and videos when I get home** |
| | *itznot_taylor22 Taylor:*<br>**If we don't meet bcs I don't think we have time daddy I'm sorry** |
| *bahe.montano Atssseeeee:* | |

| | |
|---|---|
| **I hope you're lying** | |
| *conversation continues* ||
| *April 23, 2023* ||
| | *Itznot_taylor22 Taylor:* **But do you forgive me daddy?** |
| *bahe.montano Atssseeeee:* **No I need to see a long video showing daddy my pussy and my tits** | |
| *bahe.montano Atssseeeee:* **Daddy needs videos all day from you** | |
| | *itznot_taylor22 Taylor:* **Okay daddy I'll try** |
| *bahe.montano Atssseeeee:* **Right now you slut, daddy owns that body silly** | |
| *bahe.montano Atssseeeee:* **I miss you** | |
| | *itznot_taylor22 Taylor:* **Yes daddy I'll do my best** |
| *bahe.montano Atssseeeee:* **I love you** | |
| *bahe.montano Atssseeeee:* **Pls daddy rn bby** | |
| *bahe.montano Atssseeeee:* **Any slutty videos saved?** | |
| | *Itznot_taylor22 Taylor:* **I love you too** |
| | *Itznot_taylor22Taylor:* **I'll do it rn okay** |
| *bahe.montano Atssseeeee:* **hurrrryyyy** | |
| | *itznot_taylor22 Taylor:* **I-Im pretty sensitive so** |
| *bahe.montano Atssseeeee:* **Again** | |
| *bahe.montano Atssseeeee:* **Send it so I can save it and watch later** | |
| *bahe.montano Atssseeeee:* **Your pussy sounds so wet and good you alut** | |
| *bahe.montano Atssseeeee:* **slut** | |
| | *itznot_taylor22 Taylor:* **Okay daddy** |

| | |
|---|---|
| *bahe.montano Atssseeeee:*<br>**I wanna hear you play with your pussy again but I wanna see your cute pussy bbygirl** | |
| *\*conversation continues* | |
| *April 23, 2023* | |
| *bahe.montano Atssseeeee:*<br>**You better baby, but you still have to show me your pussy with your fingers fucking you** | |
| *bahe.montano Atssseeeee:*<br>**I wanna hear how wet it is and watch you drip** | |
| *bahe.montano Atssseeeee:*<br>**Hear you moan if you can baby.** | |
| | *itznot_taylor22 Taylor:*<br>**Yes daddy anything for you** |
| *bahe.montano Atssseeeee:*<br>**Hurry baby, be daddy's good girl and show me how slutty you are** | |
| *bahe.montano Atssseeeee:*<br>**How bad do you want my dick?** | |
| | *Itznot_taylor22 Taylor:*<br>**Really bad daddy** |
| *bahe.montano Atssseeeee:*<br>**Show me** | |
| | *itznot_taylor22 Taylor:*<br>**There daddy I'm done** |
| *bahe.montano Atssseeeee:*<br>**Yes baby but I wanna see your pretty pussy and save it** | |
| | *itznot_taylor22 Taylor:*<br>**okay daddy** |
| *bahe.montano Atssseeeee:*<br>**There you go baby now I need some fingers in there.** | |
| *bahe.montano Atssseeeee:*<br>**Spreading your cute pussy** | |
| | *itznot_taylor22 Taylor:*<br>**t-there daddy** |
| *bahe.montano Atssseeeee:*<br>**Finally babyyy. Good girl** | |
| *\*conversation continues* | |
| *April 23, 2023* | |
| *bahe.montano Atssseeeee:* | |

| | |
|---|---|
| **I need to fuck you already** | |
| *bahe.montano Atssseeeee:*<br>**I miss your pussy** | |
| | *itznot_taylor22 Taylor:*<br>**aww daddy** |
| | *itznot_taylor22 Taylor:*<br>**But I sent you so much pics and videos daddy** |
| *conversation continues* | |
| *April 25, 2023* | |
| *bahe.montano Atssseeeee:*<br>**I'm jacking off to your pussy but I would slap you as I fucked** | |
| *bahe.montano Atssseeeee:*<br>**Make you whimper like my lil sex pet you are you dirty slut** | |
| *conversation continues* | |
| *bahe.montano Atssseeeee:*<br>**You're so young I wanna use you to cum in baby** | |
| *bahe.montano Atssseeeee:*<br>**Baby show daddy your sexy tits** | |
| *bahe.montano Atssseeeee:*<br>**Now you dumb slut** | |
| *bahe.montano Atssseeeee:*<br>**You please daddy** | |
| | *itznot_taylor22 Taylor:*<br>**But daddy** |
| *bahe.montano Atssseeeee:*<br>**Now** | |
| *conversation continues* | |
| *April 25, 2023* | |
| *bahe.montano Atssseeeee:*<br>**How old are you again? And be honest you dumb slut** | |
| *bahe.montano Atssseeeee:*<br>**I wanna abuse you so bad** | |
| | *itznot_taylor22 Taylor:*<br>**I'm 15 daddy** |
| *bahe.montano Atssseeeee:*<br>**You gonna let daddy take your virginity at 15 in the most rough and abusive ways?** | |
| *conversation continues* | |
| *April 25, 2023* | |

10

| | |
|---|---|
| *bahe.montano Atssseeeee:*<br>**Can y'all ditch, so you can record him<br>playing with you and fucking you?** | |
| *bahe.montano Atssseeeee:*<br>**I'll forgive you if you please daddy today** | |
| | *itznot_taylor22 Taylor:*<br>**we can't** |
| *bahe.montano Atssseeeee:*<br>**why not you dumb slut you already did once** | |
| *conversation continues* | |
| April 25, 2023 | |
| *bahe.montano Atssseeeee:*<br>**You know why he didn't let you go to the<br>bathroom** | |
| | *itznot_taylor22 Taylor:*<br>**It felt kinda good daddy<br>but I was thinking of you<br>not him** |
| *bahe.montano Atssseeeee:*<br>**God, I wanna fuck you up with my dick in<br>you so I can feel you pussy squeeze everytime<br>I slap you** | |
| *bahe.montano Atssseeeee:*<br>**Go to the bathroom now baby** | |
| *bahe.montano Atssseeeee:*<br>**Show daddy your body** | |
| *bahe.montano Atssseeeee:*<br>**Hurry up you slut** | |
| | *itznot_taylor22 Taylor:*<br>**I just did daddy I got high<br>with my friends** |
| *bahe.montano Atssseeeee:*<br>**And didn't take any pics of them or yourself?** | |
| *bahe.montano Atssseeeee:*<br>**How do your friend look?** | |
| *conversation continues* | |
| *bahe.montano Atssseeeee:*<br>**I swear to God, if you do, imma drive to your<br>house and wait for the lights to turn off<br>before breaking in and taking your virginity** | |
| | *itznot_taylor22 Taylor:*<br>**yes daddy I won't forget** |
| *conversation continues* | |
| *bahe.montano Atssseeeee:* | |

11

| | |
|---|---|
| **Let him touch you again tho tbh just record you dumb bitch daddy needs to see** | |
| | *itznot_taylor22 Taylor:*<br>**Heh okay daddy.** |
| *conversation continues* ||
| *April 25, 2023* ||
| | *Itznot_taylor22 Taylor:*<br>**:P** |
| *bahe.montano Atssseeeee:*<br>**Sneak away, ditch** | |
| *bahe.montano Atssseeeee:*<br>**Go through by the softball field** | |
| *bahe.montano Atssseeeee:*<br>**I can scoop you on that road to tbh Mendoza road by that trailer park** | |
| *bahe.montano Atssseeeee:*<br>**Rn baby pweese sneaky away my love** | |
| *bahe.montano Atssseeeee:*<br>**I'll marry you** | |
| *bahe.montano Atssseeeee:*<br>**Impregnate you** | |
| | *itznot_taylor22 Taylor:*<br>**I'm barely 15 tho daddy** |
| *bahe.montano Atssseeeee:*<br>**Lowkey that's what makes it so hot** | |
| *bahe.montano Atssseeeee:*<br>**You're so young and willing for me to fuck you up as I fuck you** | |
| *bahe.montano Atssseeeee:*<br>**You're such a sexy mature 15 year old** | |
| *bahe.montano Atssseeeee:*<br>**I want an orgy but it girls as gorgeous and young as you baby girl** | |
| *April 25, 2023* ||
| *bahe.montano Atssseeeee:*<br>**You stupid bitch** | |
| *bahe.montano Atssseeeee:*<br>**I really wanna break in and take you** | |
| *bahe.montano Atssseeeee:*<br>**More than take** | |
| *bahe.montano Atssseeeee:*<br>**Go to sleep so I can rape you baby** | |
| | *itznot_taylor22 Taylor:*<br>**You wish** |

12

| *bahe.montano Atssseeeee:* **Fight me as I force my dixk in you** | |

16.     Your Affiant reviewed similar messages of a similarly sexual nature between **SUBJECT ACCOUNT** and **VICTIM ACCOUNT** through February 22, 2024. For example, the SUBJECT ACCOUNT tells the VICTIM ACCOUNT on January 21, 2024: "I wanna rape you so bad." Based on my training, experience, and conversations with other experienced agents investigating cases involving the sexual abuse of children, I know that individuals who have successfully developed contact with minor victims often maintain and continue contact with those same victims. The messages appear to continuously and repeatedly discuss sexual matters over months of contact with the VICTIM ACCOUNT up until near the date of seizure of the Device. These communications include, as indicated above, repeated efforts at contacting and seeing the victim through means of calls and other communications.

17.     On September 11, 2024, a preservation request for 90 days was sent to Snap for **SUBJECT ACCOUNT** and **VICTIM ACCOUNT**.

18.     On August 26, 2024, pursuant to an FBI subpoena, Snap responded with the following subscriber information for **SUBJECT ACCOUNT**:

> **Username:** bahe.montano
>
> **Verified Email Address:** bahemontano@gmail.com
>
> **Created:** Mon Dec 03 05:26:46 UTC 2012
>
> **Display_name:** Atssseeeee
>
> **Last Active:** 8/14/2024 12:56:38 AM PDT

19.    On September 13, 2024, pursuant to an FBI subpoena, Snap responded with subscriber information for **VICTIM ACCOUNT** including the username: itznot_taylor22 and it included an email address that incorporated parts of Jane Doe's name along with the below information:

**Created:** Fri Sep 09 22:17:21 UTC 2022

**Creation IP:** 2001:5b0:4fc7:67d8:10cc:27ee:aaba:d97f

**Pending Phone Number:** 19285514756

**Display Name:** Taylor ðŸ¦‹

**Last Active:** September 6, 2024 05:46:40 PM PDT

20.    On September 10, 2024, SA Cordova identified the victim, YOB 2008, with the corresponding name from the email account. During an interview, she confirmed her Snapchat account as itznot_taylor22 (**VICTIM ACCOUNT**). As of the writing of this warrant, she is still under the age of 18.

21.    An NCIC search for Atsee Montano revealed the following:

**Name:** Montano, Atsee'bahe

**Address:** 509 Burke Drive Gallup, NM

**Date of Birth:** 1996-XX-XX (redacted)

**TECHNICAL INFORMATION REGARDING SNAP**

22.    Based on my training and experience, information I have learned from other law enforcement officers, and information that is publicly available on Snap's website, I know the following about Snap:

14

a. Snap is a United States company that owns and operates Snapchat, a social media platform and provider of an "electronic communication service" within the meaning of 18 U.S.C. § 3123. See 18 U.S.C. §§ 3127(1) and 2510(12).

b. Snap is headquartered in Santa Monica, California and owns and operates Snapchat, a free access social networking website that can be accessed at http://www.snapchat.com.

c. Users can access Snapchat and register for an account, like the Target Account, via its website, www.snapchat.com, or via its mobile application Snapchat. Snapchat is known as a free application for sending and receiving "self-destructing" messages, pictures, and videos.

d. Snapchat asks users to provide basic contact and personal identifying information to include date of birth. When a user creates an account, they make a unique Snapchat username. This is the name visible to other Snapchat users. An email address is required to register a Snapchat account and a new user must also provide a mobile phone number. This phone number is verified during the registration process. Snapchat sends an activation code which must be entered before proceeding with the registration step. However, a user may elect to bypass entering a phone number so one may not always be present in the user's account. Snapchat also retains the account creation date.

e. A Snapchat user ID number and username are both unique identifiers associated with a specific account on Snapchat and cannot be changed by the user. On the other hand, a Snapchat vanity name is not a unique identifier and can be set and changed by a user or that user's friends to indicate how the user will appear within the app. Unlike a user

15

ID or username, a vanity name can contain special characters and symbols beyond hyphen, underscore, or period, as well as spaces, emojis, and capital letters.

f.  After acquiring a Snapchat account, users can share messages with other Snapchat users in four primary ways: Snaps, Stories, Memories, and Chats.

g.  A "snap" is a picture or video message taken and may be shared directly with the user's friends, or in a Story (explained below) or Chat. The sender of a snap has the option of setting a timer for how long a snap can be viewed. Once a snap has been viewed, it is deleted from the company's system and is no longer visible to the recipient. Snap's servers are designed to automatically delete a Snap after it has been opened by all intended recipients.  Snap's servers are designed to automatically delete an unopened Snap sent directly to a recipient after 30 days and an unopened Snap in Group Chat after 24 hours.

h.  A user can add Snaps to their "Story." A Story is a collection of Snaps displayed in chronological order.  Users can manage their privacy settings so that their Story can be viewed by all Snapchat users, only the user's friends, or a custom audience. "Our Stories" is a collection of user-submitted snaps from different locations and events. A Snapchat user, with the location services of their device turned on, can contribute to a collection of snaps regarding the event. For example, multiple different Snapchat users at an event could all contribute to the same Our Stories collection by sharing their snaps, even if they do not know each other. Users can also view Our Stories events if they are not actually present at the event by subscribing to the story. In addition to Our Stories, a Snapchat user can keep a sort of photo/video diary using the "Story" feature. Each

16

snap in a Story documents the user's experience. Based on the user's privacy settings, the photos and videos added to a Story can be viewed either by everyone on Snapchat or just the user's friend. Stories are visible to other users for up to 24 hours. Submissions to Our Story may be saved for longer periods of time.

i.  "Memories" is Snapchat's cloud-storage service.  Users can save their sent or unsent Snaps, posted Stories, and photos and videos from their phone's photo gallery in Memories.  Content saved in Memories is backed up by Snap and may remain in Memories until deleted by the user.  Users may encrypt their content in Memories (called "My Eyes Only"), in which case the content is not accessible to Snap and cannot be decrypted by Snap.

j.  A user can also type messages, send Snaps, audio notes, and video notes to friends within the Snapchat app using the Chat feature. Snapchat users can send pictures to other users by utilizing the camera on their device. Pictures can also be sent from the saved pictures in the photo gallery of the device.  Snap's servers are designed to automatically delete one-to-one chats once the recipient has opened the message and both the sender and recipient have left the chat screen, depending on the user's chat settings.  Snap's servers are designed to automatically delete unopened one-to-one chats in 30 days.  Users can also chat in groups.  Chats sent in groups are deleted after 24 hours whether they are opened or not.  A user can save a message in Chat by pressing and holding the message.  The user can un-save the message by pressing and holding it again.  This will delete it from Snap's servers.  Users can also delete chats that they

have sent to a recipient before the recipient has opened the chat or after the recipient has saved the chat.

k.  While any of types of communications described above may be deleted from Snap's servers, the record of who sent it, who received it, and when still exists. Snap records and retains information that is roughly analogous to the call detail records maintained by telecommunications companies. This information will typically include the source and destination of the Snapchat-based communication (e.g., what Snapchat user sent the message and which Snapchat user or page received the message), the date and time of the communication, and the type of Snapchat-based communication (e.g., Snap, Story, Memory, or Chat). Additionally, Snap may store the number of messages exchanged, which users a particular user communicates with the most, message status (including if and when a message was opened), and whether a message recipient used the screen capture function of their device to take a picture of the message before it was deleted.

l.  Snapchat users must utilize an Internet-connected device, such as a smartphone or laptop computer, to communicate with Snapchat servers in order to send or receive messages via the Snapchat platform as described above.

m.  Snapchat stores device information such as the model, operating system, operating system version, mobile device phone number, and mobile network information of devices used in conjunction with the service. They also collect unique device identifiers such as the Media Access Control (MAC) address and the International Mobile Equipment Identifier (IMEI) or Mobile Equipment Identifier (MEID) of devices used

18

to access Snapchat. In the event the Snapchat user's application crashes, the company also collects a list of other installed applications on the device to detect any potential software conflicts.

n.  Snap also retains records of which IP addresses were used by an account to log into or out of Snapchat, as well as IP addresses used to take certain actions on the platform. For example, when a user sends a Snap, the user's IP address is retained by Snap along with a timestamp.

o.  Snap also retains location information associated with Snapchat users under some circumstances, such as if a user has turned on location services and opted into location services in the application's settings. Such location information would include frequent locations, latest locations, top locations, and locations the user has visited.

p.  Social networking providers like Snap typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number).

q.  In some cases, Snapchat users may communicate directly with Snap about issues relating to their accounts, such as technical problems, billing inquiries, or complaints from other users. Social networking providers like Snap typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

r.  As explained herein, information stored in connection with a Snapchat account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion.  In my training and experience, a Snapchat user's IP log, stored electronic communications, and other data retained by Snap, can indicate who has used or controlled the Snapchat account.  This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence.  For example, profile contact information, private messaging logs, status updates, and Snapchat communications (and the data associated with the foregoing, such as date and time) may be evidence of who used or controlled the Snapchat account at a relevant time.  Further, Snapchat account activity can show how and when the account was accessed or used.  For example, as described herein, Snap logs the Internet Protocol (IP) addresses from which users access their accounts along with the time and date.  By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the account access and use relating to the crime under investigation.  Such information allows investigators to understand the geographic and chronological context of Snapchat access, use, and events relating to the crime under investigation.  Additionally, location information retained by Snap may tend to either inculpate or exculpate the Snapchat account owner.  Last, Snapchat account activity may provide relevant insight into the Snapchat account owner's state of mind as it relates to the offense under investigation.  For example,

20

information on the Snapchat account may indicate the owner's motive and intent to commit a crime (e.g., information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

s.   In some cases, application account users will communicate directly with the service provider about issues relating to the account, such as technical problems, billing inquiries, or complaints from other users. Application providers typically retain records about such communications, including records of contacts between the user and the providers support services, as well as records of any actions taken by the provider or user as a result of the communications. In addition, application providers often have records of the IP addresses used to register the account and the IP addresses associated with particular logins to the account. Because every device that connects to the Internet must use an IP address, IP address information can help identify which computers or other devices were used to access the account.

t.   In my training and experience, evidence of who was using an application account may be found in address books, contact or buddy lists, email addresses in the account, and attachments to electronic messages, including pictures and files.

u.   Therefore, the servers of Snap are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use of Snapchat, such as account access information, transaction information, and other account information.

**INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED**

21

23.    I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Snap to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B.  Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

## CONCLUSION

24.    Based on the foregoing, I submit that there is probable cause to believe that **SUBJECT ACCOUNT** and **VICTIM ACCOUNT** (described on Attachment A), contain evidence, fruits, or instrumentalities of the offenses of Title 18, United States Code, Sections 2251(a) (Sexual exploitation of children), 2252(a)(2) (Distribution/Receipt of Child Pornography), 2252(a)(4)(B) (Possession of Child Pornography), and 2422(b) (Coercion and enticement) (described on Attachment B).

25.    I, therefore, respectfully request that the attached warrant be issued authorizing the search and seizure of the items described in Attachment A for the items listed in Attachment B.

26.    Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.  The government will execute this warrant by serving it on Snap.  Because the warrant will be served on Snap, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

27.    This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711.  18 U.S.C. §§ 2703(a), (b)(1)(A) &

(c)(1)(A). Specifically, the Court is "a district court of the United States . . . that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

28.     This affidavit has been reviewed by AUSA Mark A. Probasco.

Kaitlin Patton
FBI Special Agent

SUBSCRIBED and SWORN before me this ___20th___ day of November, 2024

UNITED STATES MAGISTRATE JUDGE

23

## ATTACHMENT A

**Property to Be Searched**

This search warrant applies to all content and information contained in Snap Inc. accounts "bahe.montano" (**SUBJECT ACCOUNT**) and "itznot_taylor22" (**VICTIM ACCOUNT**) that are stored at premises controlled by Snap Inc., a company that accepts service of legal process at 2772 Donald Douglas Loop North Santa Monica, California 90405, from the time period of April 19, 2023 until November 20, 2024.

1

## ATTACHMENT B

### Particular Things to be Seized

I.      **Information to be disclosed by Snap Inc. (the "Provider")**

Any communications, records, files, logs, or information that is currently available or has been deleted from Provider accounts "bahe.montano" and "itznot_taylor22" for the period from April 19, 2023 until November 20, 2024. The Provider must disclose to the government the following content or information contained in Snap accounts "bahe.montano" and "itznot_taylor22".

(a)      All contact and personal identifying information, including full name, username, birth date, gender, contact e-mail addresses, Snap passwords, physical address (including city, state, and zip code which may be retained in the form of billing information), telephone numbers, websites visited before and after navigating to the Snapchat website, and other personal identifiers.

(b)      All information pertaining to creation of the Subject and Victim Accounts, including date and time of creation, IP address used to create the account, the means and source of any payments associated with the service (including any credit card or bank account number), all subscriber information provided at the time the account was created, and last active date.

(c)      All activity logs for the account and all other documents showing the user's posted photographs, messages and other Snap activities. Logs containing metadata about a user's Snaps, Stories, Chats.

(d)      Additional user profile data, including number of Stories viewed; "discover channels" viewed; and ads, apps, and websites that the user has interacted with;

Subscriptions; Friends, including friend requests sent, and users blocked and deleted; Location data, including frequent locations, latest locations, top locations, and locations the user has visited; Memories content; Encrypted My Eyes Only content; Search history; "Our Story" and Crowd-Sourced Content; Snap History; Snap survey responses/results.

(e)　　All other records of communications and messages made or received by the user, including all data regarding sent or received messages.

(f)　　All IP logs, including all records of the IP addresses that logged into the account.

(g)　　All geolocation data including GPS, cell tower, wireless networks and Wi-Fi access points.

(h)　　Device information and device history.

(i)　　Purchase history.

(j)　　Account change history.

(k)　　Whether the Target Account phone number has been verified.

(l)　　Whether Maps is enabled.

(m)　　Whether two-factor-authentication is enabled.

(n)　　App version.

(o)　　All records pertaining to communications between Snap and any person regarding the user or the user's Snap account, including contacts with support services and records of actions taken.

(p)　　All records pertaining to communications between Snap and the user of the Target Account regarding the user or the user's Snapchat account, including contacts with support services and records of actions taken.

Snap is hereby ordered to disclose the above information to the government within 14 days of issuance of this warrant.

**II. Information to be seized by the government**

The government is authorized to seize only information described in Section I that constitutes fruits, contraband, evidence and instrumentalities of violations of Title 18, United States Code, Sections 2251(a) (Sexual exploitation of children), 2252(a)(2) (Distribution/Receipt of Child Pornography), 2252(a)(4)(B) (Possession of Child Pornography), and 2422(b) (Coercion and enticement) from the period of April 19, 2023 until November 20, 2024; including information pertaining to the following matters:

(a) Communications between "bahe.montano" and "itznot_taylor22" and other Snap users, known or unknown, where violations of Title 18, United States Code, Sections 2251(a) (Sexual exploitation of children), 2252(a)(2) (Distribution/Receipt of Child Pornography), 2252(a)(4)(B) (Possession of Child Pornography), and 2422(b) (Coercion and enticement) may be found.

(b) Evidence indicating how and when the Snap account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Snap account owner.

(c) Evidence indicating the Snap account owner's state of mind as it relates to the crime under investigation.

(d) The identity of the person(s) who created or used the username or user ID, including records that help reveal the whereabouts of such person(s).

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence,

4

fruits, and instrumentalities described in this warrant.  The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts.  Pursuant to this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.